

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

GARY MILOT,

        Petitioner,

vs.

BRIAN HAWS, Warden,

        Respondent.

Case No. CV 08-3814-SGL (RNB)

**JUDGMENT**

Pursuant to 28 U.S.C.

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that a writ of habeas corpus is granted as follows:

The Board shall find petitioner suitable for parole at a hearing to be held within 30 days of the finality of this decision, unless new evidence of his conduct in prison or change in mental status subsequent to the June 29, 2006 parole consideration hearing is introduced that is sufficient to support a finding that petitioner currently poses an unreasonable risk of danger to society if released on parole; and in the absence of any such new evidence showing petitioner's unsuitability for parole, the

Board shall calculate a prison term and release date for petitioner in accordance with California law. Further, if the release date already has passed, respondent shall, within ten (10) days of the Board's hearing, release petitioner from custody. Petitioner is to be credited for any time that has lapsed since the release date calculated by the Board or November 27, 2006 (when finding of suitability at the June 29, 2006 parole consideration hearing would have become final pursuant to Cal. Penal Code §§3041(b) and 3041.2(a)), whichever is later.

DATED: May 30, 2009

*/s/ Larson*

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE